**49D04-1806-CT-025775**

Marion Superior Court, Civil Division 4

Filed: 6/29/2018 1:53 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | |
|---|---|
| STATE OF INDIANA    )<br>                              ) SS:<br>COUNTY OF MARION )<br><br>GLENNA TAYLOR,<br><br>         Plaintiff,<br><br>  vs.<br><br>MARION COUNTY SHERIFF'S<br>DEPARTMENT, MARION COUNTY<br>JAIL, INDIANAPOLIS<br>METROPOLITAN POLICE<br>DEPARTMENT, CITY OF<br>INDIANAPOLIS,DEPUTY LONG<br>(MCSD #633), SGT. CLARK (MCSD<br>#209), DEPUTY SHAMBAUGH<br>(MCSD), and DEPUTY EDWARDS<br>(MCSD #1363),<br><br>         Defendant. | IN THE MARION COUNTY SUPERIOR COURT<br><br>CAUSE NO:<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## APPEARANCE

1.  Glenna Taylor
    Name of represented party

2.  Attorney information (as applicable for service of process):

    Name: Harvey Lancaster
    HENSLEY LEGAL GROUP, PC
    Address:117 East Washington Street
    Suite 200
    Indianapolis, IN  46204

    Atty Number: 31750-49
    Phone:   (317) 472-3333
    FAX:     (317) 472-3340
    Email: hlancaster@hensleylegal.com

3.  Case Type requested: CT

4.  Will accept FAX service: Yes ___ No  X

    _____
    Harvey Lancaster, #31750-49
    **Attorney for Plaintiff**

**49D04-1806-CT-025775**

Marion Superior Court, Civil Division 4

Filed: 6/29/2018 1:53 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | |
|---|---|
| STATE OF INDIANA ) | IN THE MARION COUNTY SUPERIOR COURT |
| ) SS: | |
| COUNTY OF MARION ) | CAUSE NO: |
| | ) |
| GLENNA TAYLOR, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) |
| | ) |
| MARION COUNTY SHERIFF'S | ) |
| DEPARTMENT, MARION | ) |
| COUNTY JAIL, INDIANAPOLIS | ) |
| METROPOLITAN POLICE | ) |
| DEPARTMENT, CITY OF | ) |
| INDIANAPOLIS, DEPUTY LONG | ) |
| (MCSD #633), SGT. CLARK | ) |
| (MCSD #209), DEPUTY | ) |
| SHAMBAUGH (MCSD), and | ) |
| DEPUTY EDWARDS (MCSD | ) |
| #1363), | ) |
| | ) |
| Defendants. | |

## COMPLAINT FOR DAMAGES

COMES now the Plaintiff, Glenna Taylor ("Plaintiff"), by counsel, and for her Complaint

for Damages against the Defendants, Marion County Sheriff's Department, Marion County Jail,

Indianapolis Metropolitan Police Department, City of Indianapolis, Deputy Long (MCSD), Sgt.

Clark (MCSD), Deputy Shambaugh (MCSD), and Deputy Edwards (MCSD) (collectively

"Defendants"), alleges:

1.     At all times mentioned herein, the Plaintiff, Glenna Taylor, was a resident of the

City of Indianapolis, County of Marion County, State of Indiana.

2.     At all times mentioned herein, the Defendant, Marion County Sheriff's

Department, was a law enforcement agency, with its principal place of business in Marion

County, Indiana, and was a political subdivision of the State of Indiana, and was political subdivision, as defined by Indiana Code §34-6-2-110.

3.      At all times Mentioned herein, the Defendant, Marion County Jail, was a law enforcement agency, with its principal place of business in Marion County, Indiana, and was a political subdivision of the State of Indiana, and was political subdivision, as defined by Indiana Code §34-6-2-110.

4.      At all times mentioned herein, the Defendant, Indianapolis Metropolitan Police Department, was a law enforcement agency, with its principal place of business in Marion County, Indiana, and was political subdivision, as defined by Indiana Code §34-6-2-110.

5.      At all times mentioned herein, the Defendant, City of Indianapolis, was a political subdivision, as defined by Indiana Code §34-6-2-110.

6.      Defendants Deputy Long (MCSD #633) (hereinafter "Long"), Sgt. Clark (MCSD #209) (hereinafter "Clark"), Deputy Shambaugh (MCSD) (hereinafter "Shambaugh"), and Deputy Edwards (MCSD #1363) (hereinafter "Edwards") (Collectively "Defendant Officers") are adults and sworn officers of the Marion County Sheriff's Department, Marion County, Indiana, and, at all times mentioned herein, were employees, agents, and/or representatives of Defendants Marion County Sheriff's Department, Marion County Jail, Indianapolis Metropolitan Police Department, and/or City of Indianapolis.

7.      All of the acts and/or omissions of the Defendants, Marion County Sheriff's Department, Marion County Jail, Indianapolis Metropolitan Police Department, and City of Indianapolis (Collectively "Defendant Departments"), herein alleged, were performed and/or omitted by and through their agents, servants, employees, staff, and/or representatives, including, but not limited to, Defendant Officers, while said agents, servants, employees, staff, and/or

representatives were acting within the scope and course of their employment with the Defendants.

## COUNT I: NEGLIGENCE AGAINST ALL DEFENDANTS

8.    Plaintiff incorporates, by reference, paragraphs one (1) through seven (7) of this Complaint, as if fully stated herein.

9.    On or about July 15, 2017, Plaintiff Glenna Taylor was being improperly detained at Hope Hall, in the Marion County Jail, in Indianapolis, Indiana.

10.    At the aforementioned time and place, Plaintiff Glenna Taylor was thrown against a wall, struck in the abdomen and the back of her knees, and was choked by the employees, staff, agents, and/or representatives of one or all Defendant Departments, including, but not limited to, Defendant Officers (the "Incident").

11.    As a direct and proximate result of the aforementioned Incident, Plaintiff Glenna sustained physical and emotional injuries, resulting in pain and suffering.

12.    As a result of her injuries and their effects, the Plaintiff has been required to engage the services of hospitals, physicians, and medical technicians for medical treatment, medication, and x-rays, and has incurred, and may incur in the future, medical expenses for such treatment.

13.    As a result of her injuries, the Plaintiff has incurred reasonable medical expenses for medical care and treatment and may incur additional medical expenses in the future.

WHEREFORE, the Plaintiff, Glenna Taylor, prays for judgment against the Defendants, Marion County Sheriff's Department, Marion County Jail, Indianapolis Metropolitan Police Department, City of Indianapolis, Deputy Long (MCSD), Sgt. Clark (MCSD), Deputy Shambaugh (MCSD), and Deputy Edwards (MCSD), in an amount commensurate with her

injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

## COUNT II: USE OF EXCESSIVE FORCE AGAINST ALL DEFENDANTS

14. Plaintiff incorporates, by reference, paragraphs one (1) through thirteen (13) of this Complaint, as if fully stated herein.

15. At the time of the Incident, while causing injury to Plaintiff, Defendant Officers engaged in egregious, reckless, willful, wanton, intentional, and unreasonably violent conduct.

16. Defendant Officers' conduct caused physical injuries, physical pain and suffering, emotional distress, and embarrassment to Plaintiff.

17. At the time of the Incident, Defendant Officers were acting in the scope and course of their employment.

18. Plaintiff's injuries were proximately caused by the willful use of unreasonable force by Defendant Officers and the failure of Defendant Departments to properly train and/or supervise Defendant Officers and the failure of Defendant Departments to implement appropriate and effective policies, practices, and procedures designed to protect members of the public from the willful use of unreasonable force by Defendant Officers.

19. Defendant Departments are liable to the Plaintiff for damages caused by Defendant Officers, because Defendant Departments are responsible for the acts of their employees, while such employees are acting within the scope of their employment.

WHEREFORE, the Plaintiff, Glenna Taylor, prays for judgment against the Defendants, Marion County Sheriff's Department, Marion County Jail, Indianapolis Metropolitan Police Department, City of Indianapolis, Deputy Long (MCSD), Sgt. Clark (MCSD), Deputy Shambaugh (MCSD), and Deputy Edwards (MCSD), in an amount commensurate with her

injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

## COUNT III: ASSAULT AND BATTERY AGAINST ALL DEFENDANTS

20.     Plaintiff incorporates, by reference, paragraphs one (1) through nineteen (19) of this Complaint, as if fully stated herein.

21.     At the time of the Incident, Defendant Officers' actions constituted assault, as they placed Plaintiff in imminent fear of bodily harm.

22.     At the time of the Incident, Defendant Officers' actions constituted battery, as they knowingly and intentionally touched Plaintiff in a rude, insolent, or angry manner.

23.     Defendant Departments are liable for the assault and battery of Plaintiff, as Defendant Officers were acting within the scope of their employment with Defendant Departments at the time of the Incident.

WHEREFORE, the Plaintiff, Glenna Taylor, prays for judgment against the Defendants, Marion County Sheriff's Department, Marion County Jail, Indianapolis Metropolitan Police Department, City of Indianapolis, Deputy Long (MCSD), Sgt. Clark (MCSD), Deputy Shambaugh (MCSD), and Deputy Edwards (MCSD), in an amount commensurate with her injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

## COUNT IV: 42 USC § 1983-USE OF EXCESSIVE FORCE AGAINST DEFENDANT OFFICERS

24.     Plaintiff incorporates, by reference, paragraphs one (1) through twenty-three (23) of this Complaint, as if fully stated herein.

25.   The Fourth Amendment of the United States Constitution prohibits the use of excessive force.

26.   The Due Process Clause of the Fourteenth Amendment to the United States Constitution permits application of the Fourth Amendment to this state action.

27.   42 USC § 1983 permits a plaintiff to claim relief when the plaintiff is deprived of a right secured by the Constitution or laws of the United States when the deprivation was visited upon him by persons acting under color of state law.

28.   At the time of the Incident, Defendant Officers, while in their capacities as officers, agents, employees, and/or representatives of Defendant Departments, exerted unreasonable force against Plaintiff.

29.   Defendant Officers, while acting within the scope of their employment with Defendant Departments, deprived Plaintiff of her rights, secured by the Constitution or laws of the United States, and said deprivation was visited upon them by persons acting under the color of state law, specifically Defendant Officers.

Wherefore Plaintiff, Glenna Taylor, prays this Court grant judgment against Defendants Deputy Long (MCSD), Sgt. Clark (MCSD), Deputy Shambaugh (MCSD), and Deputy Edwards (MCSD), in an amount commensurate with her injuries and damages, and for all other relief just and proper in the premises.

## COUNT V: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS AGAINST ALL DEFENDANTS

30.   Plaintiff incorporates, by reference, paragraphs one (1) through twenty-nine (29) of this Complaint, as if fully stated herein.

31.     Defendant Officers conduct described above: (a) was extreme and outrageous; (2) was intended to inflect severe emotional distress on the Plaintiff; and (3) caused Plaintiff severe emotional distress.

32.     Defendant Officers performed the acts detailed above with the intent of inflicting severe emotional distress or with knowledge of the high probability that the conduct would cause such distress.

33.     Defendant Officers knew, or should have known, their actions would cause Plaintiff severe emotional distress.

34.     As a direct and proximate result of Defendant Officers' conduct, Plaintiff did, in fact, suffer severe emotional distress, including mental anguish and physical pain.

35.     Defendant Departments are liable for the Infliction of Emotional Distress, under the theory of respondeat superior.

WHEREFORE, the Plaintiff, Glenna Taylor, prays for judgment against the Defendants, Marion County Sheriff's Department, Marion County Jail, Indianapolis Metropolitan Police Department, City of Indianapolis, Deputy Long (MCSD), Sgt. Clark (MCSD), Deputy Shambaugh (MCSD), and Deputy Edwards (MCSD), in an amount commensurate with her injuries and damages, for the costs of this action, and for all other just and proper relief in the premises.

Respectfully Submitted,

Harvey Lancaster, #31750-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
hlancaster@hensleylegal.com

## REQUEST FOR TRIAL BY JURY

Comes now the Plaintiff, Glenna Taylor, by counsel, and files herein her request for trial

by jury for the above action.

Respectfully submitted,

Harvey Lancaster, #31750-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 E. Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333 (Phone)
(317) 472-3340 (Facsimile)
hlancaster@hensleylegal.com

**49D04-1806-CT-025775**

Marion Superior Court, Civil Division 4

Filed: 6/29/2018 1:53 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA   )
                   ) SS:
COUNTY OF MARION )

IN THE MARION COUNTY SUPERIOR COURT

GLENNA TAYLOR, )
                       )  CAUSE NO:
      Plaintiff, )
                     )
  vs. )
                     )
MARION COUNTY SHERIFF'S )
DEPARTMENT, MARION COUNTY )
JAIL, INDIANAPOLIS )
METROPOLITAN POLICE )
DEPARTMENT, CITY OF )
INDIANAPOLIS,DEPUTY LONG )
(MCSD #633), SGT. CLARK (MCSD )
#209), DEPUTY SHAMBAUGH )
(MCSD), and DEPUTY EDWARDS )
(MCSD #1363), )
                     )
      Defendants. )

**TO DEFENDANT:**   Marion County Jail
                          40 S. Alabama Street
                          Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: _7/2/2018_     _Myla A. Eldridge_    (Seal)
                        CLERK, Marion County Superior Court

**(The following manner of service of summons is hereby designated)**

___X___Registered or certified mail.

_____Service at place of employment, to wit:

_____Service on individual - (Personal or copy) at above address.

_____Service on agent. (Specify)

_____Other Service. (Specify)

MARION COUNTY COURTS

SEAL

INDIANA

Harvey Lancaster ,#31750-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CERTIFICATE OF MAILING

I hereby certify that on the _____day of_____, 20___, I mailed a copy of the Complaint to the Defendant, Marion County Jail by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____

Harvey Lancaster

Dated:_____        By: Harvey Lancaster

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.

_____

CLERK, Marion County Superior Court

By:_____
Deputy

Filed: 6/29/2018 1:53 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

**49D04-1806-CT-025775**

**Marion Superior Court, Civil Division 4**

STATE OF INDIANA    )
               ) SS:
COUNTY OF MARION   )

IN THE MARION COUNTY SUPERIOR COURT

GLENNA TAYLOR,           )
                          )  CAUSE NO:
         Plaintiff,       )
                          )
   vs.                       )
                          )
MARION COUNTY SHERIFF'S   )
DEPARTMENT, MARION COUNTY )
JAIL, INDIANAPOLIS           )
METROPOLITAN POLICE      )
DEPARTMENT, CITY OF       )
INDIANAPOLIS,DEPUTY LONG   )
(MCSD #633), SGT. CLARK (MCSD )
#209), DEPUTY SHAMBAUGH   )
(MCSD), and DEPUTY EDWARDS )
(MCSD #1363),             )
                          )
        Defendants.     )

**TO DEFENDANT:**   Marion County Sheriff's Department, Commissioner Bruce Lemmon
                         302 W. Washington Street, Room E-334
                         Indianapolis, IN 46204

      You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: __7/2/2018__    _Myla A. Eldridge_    (Seal)
                          CLERK, Marion County Superior Court

**(The following manner of service of summons is hereby designated)**

  __X__   Registered or certified mail.

_____Service at place of employment, to wit:

_____Service on individual - (Personal or copy) at above address.

_____Service on agent. (Specify)

_____Other Service. (Specify)

MARION COUNTY COURTS

**SEAL**

INDIANA

Harvey Lancaster ,#31750-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CERTIFICATE OF MAILING

I hereby certify that on the _____day of_____, 20___, I mailed a copy of the Complaint to the Defendant, Marion County Sheriff's Department, Commissioner Bruce Lemmon by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Harvey Lancaster

Dated:_____        By: Harvey Lancaster

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.

_____
CLERK, Marion County Superior Court

By:_____
Deputy

Filed: 6/29/2018 1:53 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

**49D04-1806-CT-025775**

**Marion Superior Court, Civil Division 4**

| | | |
|---|---|---|
| STATE OF INDIANA ) | IN THE MARION COUNTY SUPERIOR COURT | |
| ) SS: | | |
| COUNTY OF MARION ) | | |

GLENNA TAYLOR,                )

                        )    CAUSE NO:

        Plaintiff,          )

                        )

        vs.                )

                        )

MARION COUNTY SHERIFF'S        )
DEPARTMENT, MARION COUNTY      )
JAIL, INDIANAPOLIS             )
METROPOLITAN POLICE            )
DEPARTMENT, CITY OF            )
INDIANAPOLIS,DEPUTY LONG       )
(MCSD #633), SGT. CLARK (MCSD  )
#209), DEPUTY SHAMBAUGH        )
(MCSD), and DEPUTY EDWARDS     )
(MCSD #1363),                  )

                        )

        Defendants.         )

---

      **TO DEFENDANT:**    Deputy Long
                             c/o Marion County Sheriff's Office
                             40 S. Alabama Street
                             Indianapolis, IN 46204

      You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

      The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

      An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

      If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: _____7/2/2018_____ _Myla A Eldridge_ _____ (Seal)
                  CLERK, Marion County Superior Court

**(The following manner of service of summons is hereby designated)**

_____Registered or certified mail.

___X___ Service at place of employment, to wit: Marion County Sheriff's Office; 40 E. Alabama Street; Indianapolis, Indiana 46204

_____Service on individual - (Personal or copy) at above address.

_____Service on agent. (Specify)

_____Other Service. (Specify)

MARION COUNTY COURTS
SEAL
INDIANA

Harvey Lancaster ,#31750-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CERTIFICATE OF MAILING

I hereby certify that on the _____day of_____, 20___, I
mailed a copy of the Complaint to the Defendant, Deputy Long by certified
mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Harvey Lancaster

Dated:_____          By: Harvey Lancaster

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me
showing that the Summons and a copy of the Complaint mailed to Defendant
was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me
showing that the Summons and a copy of the Complaint was not accepted on the
_____day of_____, 20___.

I hereby certify that the attached return receipt was received by me
showing that the Summons and a copy of the Complaint mailed to Defendant,
_____was accepted by_____ on behalf of
said Defendant on the _____day of_____, 20___.

_____
CLERK, Marion County Superior Court

By:_____
Deputy

**49D04-1806-CT-025775**

Marion Superior Court, Civil Division 4

Filed: 6/29/2018 1:53 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA   )
                  ) SS:
COUNTY OF MARION )

IN THE MARION COUNTY SUPERIOR COURT

GLENNA TAYLOR,         )
                      )  CAUSE NO:
     Plaintiff,     )
                      )
  vs.               )
                      )
MARION COUNTY SHERIFF'S )
DEPARTMENT, MARION COUNTY )
JAIL, INDIANAPOLIS     )
METROPOLITAN POLICE    )
DEPARTMENT, CITY OF     )
INDIANAPOLIS,DEPUTY LONG )
(MCSD #633), SGT. CLARK (MCSD )
#209), DEPUTY SHAMBAUGH )
(MCSD), and DEPUTY EDWARDS )
(MCSD #1363),       )
                      )
     Defendants.   )

**TO DEFENDANT:**  Sgt. Clark
                    c/o Marion County Sheriff's Office
                    40 S. Alabama Street`
                    Indianapolis, IN 46204

     You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

     The nature of the suit against you is stated in the Complaint which is attached to this Summons.  It also states the relief sought or the demand made against you by the Plaintiff.

     An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

     If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: _7/2/2018_    _Myla A. Eldridge_  (Seal)
               CLERK, Marion County Superior Court

**(The following manner of service of summons is hereby designated)**

_____Registered or certified mail.

___X___Service at place of employment, to wit:  Marion County Sheriff's Office; 40 S, Alabama Street; Indianapolis, Indiana 46204

_____Service on individual - (Personal or copy) at above address.

_____Service on agent. (Specify)

_____Other Service. (Specify)

MARION COUNTY COURTS
SEAL
INDIANA

Harvey Lancaster ,#31750-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CERTIFICATE OF MAILING

I hereby certify that on the _____day of_____, 20___, I mailed a copy of the Complaint to the Defendant, Sgt. Clark by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Harvey Lancaster

Dated:_____        By: Harvey Lancaster

## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.

_____
CLERK, Marion County Superior Court

By:_____
Deputy

**49D04-1806-CT-025775**

Filed: 6/29/2018 1:53 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

Marion Superior Court, Civil Division 4

STATE OF INDIANA    )
                    ) SS:          IN THE MARION COUNTY SUPERIOR COURT
COUNTY OF MARION    )

GLENNA TAYLOR,                    )
                                  )   CAUSE NO:
              Plaintiff,          )
                                  )
                                  )
        vs.                       )
                                  )
MARION COUNTY SHERIFF'S           )
DEPARTMENT, MARION COUNTY         )
JAIL, INDIANAPOLIS                )
METROPOLITAN POLICE               )
DEPARTMENT, CITY OF               )
INDIANAPOLIS,DEPUTY LONG          )
(MCSD #633), SGT. CLARK (MCSD     )
#209), DEPUTY SHAMBAUGH           )
(MCSD), and DEPUTY EDWARDS        )
(MCSD #1363),                     )
                                  )
              Defendants.         )

**TO DEFENDANT:**    Deputy Shambaugh
                     c/o Marion County Sheriff's Office
                     40 S. Alabama Street
                     Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail,) or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: _7/2/2018_    _Myla A. Eldridge_ (Seal)
                     CLERK, Marion County Superior Court

**(The following manner of service of summons is hereby designated)**

_____Registered or certified mail.

__X__ Service at place of employment, to wit: Marion County Sheriff's Office; 40 S. Alabama Street;
        Indianapolis, Indiana 46204

_____Service on individual - (Personal or copy) at above address.

_____Service on agent. (Specify)

_____Other Service. (Specify)

MARION COUNTY COURTS
SEAL
INDIANA

Harvey Lancaster ,#31750-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

### CERTIFICATE OF MAILING

I hereby certify that on the _____day of_____, 20___, I mailed a copy of the Complaint to the Defendant, Deputy Shambaugh by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____

Harvey Lancaster

Dated:_____      By: Harvey Lancaster

### RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____day of_____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____was accepted by_____ on behalf of said Defendant on the _____day of_____, 20___.

_____

CLERK, Marion County Superior Court

By:_____
Deputy

**49D04-1806-CT-025775**

Marion Superior Court, Civil Division 4

Filed: 6/29/2018 1:53 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | |
|---|---|
| STATE OF INDIANA )<br>) SS:<br>COUNTY OF MARION ) | IN THE MARION COUNTY SUPERIOR COURT |

| | |
|---|---|
| GLENNA TAYLOR,          )<br>                              )<br>            Plaintiff,      )<br>                              )<br>    vs.                       )<br>                              )<br>MARION COUNTY SHERIFF'S )<br>DEPARTMENT, MARION COUNTY )<br>JAIL, INDIANAPOLIS )<br>METROPOLITAN POLICE )<br>DEPARTMENT, CITY OF )<br>INDIANAPOLIS,DEPUTY LONG )<br>(MCSD #633), SGT. CLARK (MCSD )<br>#209), DEPUTY SHAMBAUGH )<br>(MCSD), and DEPUTY EDWARDS )<br>(MCSD #1363), )<br>                              )<br>            Defendants.    ) | CAUSE NO: |

---

**TO DEFENDANT:**   Deputy Edwards
c/o Marion County Sheriff's Office
40 S. Alabama Street
Indianapolis, IN 46204

You are hereby notified that you have been sued by the person named as Plaintiff and in the Court indicated above.

The nature of the suit against you is stated in the Complaint which is attached to this Summons. It also states the relief sought or the demand made against you by the Plaintiff.

An answer or other appropriate response in writing to the Complaint must be filed either by you or your attorney within twenty (20) days, commencing the day after you receive this Summons, (or twenty-three (23) days if this Summons was received by mail), or a judgment by default may be rendered against you for the relief demanded by Plaintiff.

If you have a claim for relief against the Plaintiff arising from the same transaction or occurrence, you must assert it in your answer.

DATED: _____   7/7/2018   _Myla A. Eldridge_ (Seal)
CLERK, Marion County Superior Court

**(The following manner of service of summons is hereby designated)**

_____ Registered or certified mail.

__X__ Service at place of employment, to wit:  Marion County Sheriff's Office; 40 S, Alabama Street; Indianapolis, Indiana 46204

_____ Service on individual - (Personal or copy) at above address.

_____ Service on agent. (Specify)

_____ Other Service. (Specify)

MARION COUNTY COURTS

SEAL

INDIANA

Harvey Lancaster ,#31750-49
**Attorney for Plaintiff**
117 E Washington St, Suite 200
Indianapolis, IN. 46204
(317)472-3333

## CERTIFICATE OF MAILING

I hereby certify that on the _____ day of _____, 20___, I mailed a copy of the Complaint to the Defendant, Deputy Edwards by certified mail, requesting a return receipt, at the address furnished by the Plaintiff.

_____
Harvey Lancaster

Dated:_____          By: Harvey Lancaster


## RETURN ON SERVICE OF SUMMONS BY MAIL

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant was accepted by the Defendant on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint was not accepted on the _____ day of _____, 20___.

I hereby certify that the attached return receipt was received by me showing that the Summons and a copy of the Complaint mailed to Defendant, _____ was accepted by_____ on behalf of said Defendant on the _____ day of _____, 20___.

_____
CLERK, Marion County Superior Court


By:_____
Deputy

Filed: 7/2/2018 2:31 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: 49D04-1806-CT-025775 |

STATE OF INDIANA      )        IN THE MARION COUNTY SUPERIOR COURT
                      ) SS:
COUNTY OF MARION )        CAUSE NO:  49D04-1806-CT-025775
                                              )
GLENNA TAYLOR,                                )
                                              )
                Plaintiff,                    )
        v.                                    )
                                              )
MARION COUNTY SHERIFF'S                       )
DEPARTMENT, MARION COUNTY )
JAIL, INDIANAPOLIS                            )
METROPOLITAN POLICE                           )
DEPARTMENT, CITY OF
INDIANAPOLIS,DEPUTY LONG
(MCSD #633), SGT. CLARK (MCSD
#209), DEPUTY SHAMBAUGH
(MCSD), and DEPUTY EDWARDS
(MCSD #1363),

                Defendants.

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on Monday, July 02, 2018 I mailed a copy of the summons and a copy of the complaint to the defendants, Indianapolis Metropolitan Police Department, 50 N. Alabama Street, Indianapolis, IN 46204 by certified mail #7017 3040 0000 3544 0336, requesting a return receipt to the Marion County Clerk's office.

_____
Harvey Lancaster, Attorney # 31750-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
hlancaster@hensleylegal.com

Filed: 7/2/2018 2:31 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO:  49D04-1806-CT-025775 |

STATE OF INDIANA )
) SS:
COUNTY OF MARION )

IN THE MARION COUNTY SUPERIOR COURT

CAUSE NO:  49D04-1806-CT-025775

GLENNA TAYLOR, )
)
Plaintiff, )
v. )
)
MARION COUNTY SHERIFF'S )
DEPARTMENT, MARION COUNTY )
JAIL, INDIANAPOLIS )
METROPOLITAN POLICE )
DEPARTMENT, CITY OF
INDIANAPOLIS,DEPUTY LONG
(MCSD #633), SGT. CLARK (MCSD
#209), DEPUTY SHAMBAUGH
(MCSD), and DEPUTY EDWARDS
(MCSD #1363),

Defendants.

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on Monday, July 02, 2018 I mailed a copy of the summons and a copy of the complaint to the defendants, City of Indianapolis, Mayor Joe Hogsett, 2501 City County Building, 200 E. Washington Street, Indianapolis, IN 46204 by certified mail #7017 3040 0000 3544 0329, requesting a return receipt to the Marion County Clerk's office.

_____
Harvey Lancaster, Attorney # 31750-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
hlancaster@hensleylegal.com

Filed: 7/2/2018 2:31 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO:  49D04-1806-CT-025775 |

STATE OF INDIANA )  IN THE MARION COUNTY SUPERIOR COURT
) SS:
COUNTY OF MARION )  CAUSE NO:  49D04-1806-CT-025775
)
GLENNA TAYLOR, )
)
         Plaintiff, )
   v. )
)
MARION COUNTY SHERIFF'S )
DEPARTMENT, MARION COUNTY )
JAIL, INDIANAPOLIS )
METROPOLITAN POLICE )
DEPARTMENT, CITY OF
INDIANAPOLIS,DEPUTY LONG
(MCSD #633), SGT. CLARK (MCSD
#209), DEPUTY SHAMBAUGH
(MCSD), and DEPUTY EDWARDS
(MCSD #1363),

         Defendants.

## CERTIFICATE OF ISSUANCE OF SUMMONS

    I certify that on Monday, July 02, 2018 I mailed a copy of the summons and a copy of the

complaint to the defendants, Marion County Jail, 40 S. Alabama Street, Indianapolis, IN 46204

by certified mail #7017 3040 0000 3544 0312, requesting a return receipt to the Marion County

Clerk's office.

 

                        _____
                        Harvey Lancaster, Attorney # 31750-49
                        Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
hlancaster@hensleylegal.com

Filed: 7/2/2018 2:31 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO:  49D04-1806-CT-025775 |

|  |  |
|---|---|
| GLENNA TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MARION COUNTY SHERIFF'S | ) |
| DEPARTMENT, MARION COUNTY | ) |
| JAIL, INDIANAPOLIS | ) |
| METROPOLITAN POLICE | ) |
| DEPARTMENT, CITY OF | |
| INDIANAPOLIS,DEPUTY LONG | |
| (MCSD #633), SGT. CLARK (MCSD | |
| #209), DEPUTY SHAMBAUGH | |
| (MCSD), and DEPUTY EDWARDS | |
| (MCSD #1363), | |
| | |
| Defendants. | |

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on Monday, July 02, 2018 I mailed a copy of the summons and a copy of the complaint to the defendants, Marion County Sheriff's Department, Commissioner Bruce Lemmon, 302 W. Washington Street, Room E-334, Indianapolis, IN 46204 by certified mail #7017 3040 0000 3544 0275, requesting a return receipt to the Marion County Clerk's office.

Harvey Lancaster, Attorney #31750-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
hlancaster@hensleylegal.com

Filed: 7/2/2018 2:31 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

STATE OF INDIANA   )         IN THE MARION COUNTY SUPERIOR COURT
                ) SS:
COUNTY OF MARION )        CAUSE NO:  49D04-1806-CT-025775
                )
GLENNA TAYLOR,        )
                )
       Plaintiff,    )
    v.             )
                )
MARION COUNTY SHERIFF'S  )
DEPARTMENT, MARION COUNTY )
JAIL, INDIANAPOLIS      )
METROPOLITAN POLICE    )
DEPARTMENT, CITY OF
INDIANAPOLIS,DEPUTY LONG
(MCSD #633), SGT. CLARK (MCSD
#209), DEPUTY SHAMBAUGH
(MCSD), and DEPUTY EDWARDS
(MCSD #1363),

      Defendants.

## CERTIFICATE OF ISSUANCE OF SUMMONS

    I certify that on Monday, July 02, 2018 I mailed a copy of the summons and a copy of the

complaint to the defendants, Deputy Long, c/o Marion County Sheriff's Office, 40 S. Alabama

Street, Indianapolis, IN 46204 by certified mail #7017 3040 0000 3544 0268, requesting a return

receipt to the Marion County Clerk's office.

                                  Harvey Lancaster, Attorney #31750-49
                                  Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
hlancaster@hensleylegal.com

Filed: 7/2/2018 2:31 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO:  49D04-1806-CT-025775 |

GLENNA TAYLOR,                           )
                                         )
                Plaintiff,               )
        v.                               )
                                         )
MARION COUNTY SHERIFF'S                  )
DEPARTMENT, MARION COUNTY                )
JAIL, INDIANAPOLIS                       )
METROPOLITAN POLICE                      )
DEPARTMENT, CITY OF
INDIANAPOLIS,DEPUTY LONG
(MCSD #633), SGT. CLARK (MCSD
#209), DEPUTY SHAMBAUGH
(MCSD), and DEPUTY EDWARDS
(MCSD #1363),

                Defendants.

---

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on Monday, July 02, 2018 I mailed a copy of the summons and a copy of the complaint to the defendants, Sgt. Clark, c/o Marion County Sheriff's Office, 40 S. Alabama Street, Indianapolis, IN 46204 by certified mail #7017 3040 0000 3544 0251, requesting a return receipt to the Marion County Clerk's office.

Harvey Lancaster, Attorney # 31750-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
hlancaster@hensleylegal.com

Filed: 7/2/2018 2:31 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO: 49D04-1806-CT-025775 |

STATE OF INDIANA )   IN THE MARION COUNTY SUPERIOR COURT
                 ) SS:
COUNTY OF MARION )   CAUSE NO: 49D04-1806-CT-025775
                                     )
GLENNA TAYLOR,                       )
                                     )
          Plaintiff,                 )
     v.                              )
                                     )
MARION COUNTY SHERIFF'S              )
DEPARTMENT, MARION COUNTY            )
JAIL, INDIANAPOLIS                   )
METROPOLITAN POLICE                  )
DEPARTMENT, CITY OF
INDIANAPOLIS,DEPUTY LONG
(MCSD #633), SGT. CLARK (MCSD
#209), DEPUTY SHAMBAUGH
(MCSD), and DEPUTY EDWARDS
(MCSD #1363),

          Defendants.

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on Monday, July 02, 2018 I mailed a copy of the summons and a copy of the complaint to the defendants, Deputy Shambaugh, c/o Marion County Sheriff's Office, 40 S. Alabama Street, Indianapolis, IN 46204 by certified mail #7017 3040 0000 3544 0244, requesting a return receipt to the Marion County Clerk's office.

_____
Harvey Lancaster, Attorney # 31750-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
hlancaster@hensleylegal.com

Filed: 7/2/2018 2:31 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO:  49D04-1806-CT-025775 |

|  |  |
|---|---|
| GLENNA TAYLOR, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) |
| MARION COUNTY SHERIFF'S | ) |
| DEPARTMENT, MARION COUNTY | ) |
| JAIL, INDIANAPOLIS | ) |
| METROPOLITAN POLICE | ) |
| DEPARTMENT, CITY OF | |
| INDIANAPOLIS,DEPUTY LONG | |
| (MCSD #633), SGT. CLARK (MCSD | |
| #209), DEPUTY SHAMBAUGH | |
| (MCSD), and DEPUTY EDWARDS | |
| (MCSD #1363), | |
| | |
| Defendant s | |

## CERTIFICATE OF ISSUANCE OF SUMMONS

I certify that on Monday, July 02, 2018 I mailed a copy of the summons and a copy of the complaint to the defendants, Deputy Edwards, c/o Marion County Sheriff's Office, 40 S. Alabama Street, Indianapolis, IN 46204 by certified mail #7017 3040 0000 3544 0237, requesting a return receipt to the Marion County Clerk's office.

_____
Harvey Lancaster, Attorney # 31750-49
Attorney for Plaintiff

**HENSLEY LEGAL GROUP, PC**
117 East Washington Street, Suite 200
Indianapolis, IN 46204
(317) 472-3333
hlancaster@hensleylegal.com

Filed: 7/1/2018 12:48 PM
Myla A. Eldridge
Clerk
Marion County, Indiana

| STATE OF INDIANA | ) | IN THE MARION COUNTY SUPERIOR COURT |
|---|---|---|
| | ) SS: | |
| COUNTY OF MARION | ) | CAUSE NO.: 49D04-1806-CT-025775 |

GLENNA TAYLOR,                          )
                                        )
        Plaintiff,              )
                                        )
    v.                               )
                                        )
MARION COUNTY SHERIFF'S                 )
DEPARTMENT, MARION COUNTY               )
JAIL, INDIANAPOLIS METROPOLITAN         )
POLICE DEPARTMENT, CITY OF              )
INDIANAPOLIS, DEPUTY LONG,              )
(MCSO #633), SGT. CLARK (MCSO #209))
DEPUTY SHAMBAUGH (MCSO), and            )
DEPUTY EDWARDS (MCSO #1363),            )
                                        )
        Defendants.             )

## APPEARANCE BY ATTORNEYS IN CIVIL CASE

1.     The party on whose behalf this form is being filed is: RESPONDING, and the undersigned attorneys listed on this form now appears in this case for the following parties: MARION COUNTY SHERIFF'S DEPARTMENT, INDIANAPOLIS METROPOLITAN POLICE DEPARTMENT, CITY OF INDIANAPOLIS, DEPUTY LONG, SGT. CLARK, DEPUTY SHAMBAUGH, AND DEPUTY EDWARDS.

2.     Attorney information for service as required by Trial Rule 5(B)(2):

        Names:      Tara L. Gerber     Attorney Number 31717-49
                       Thomas J. O. Moore  Attorney Number 32079-53

        Address:    200 East Washington Street, Suite 1601
                       Indianapolis, IN  46204

        Phone:     (317) 327-4055
        FAX:       (317) 327-3968

        Emails:     tara.gerber@indy.gov
                     thomas.moore@indy.gov

3.     This is a "CT" case type as defined in Administrative Rule 8(B)(3).

4.     This case involves child support issues. Yes_____ No __X__

5.     This case involves a protection from abuse order, a workplace violence restraining order, or a no-contact order. Yes_____ No __X__

       This case involves a petition for involuntary commitment.  Yes_____ No __X__

6.     NOT APPLICABLE

7.     There are related cases:  Yes_____ No __X__

8.     Additional information required by local rule:  NONE.

9.     There are other party members:  Yes_____ No __X__

10.    This form has been served on all other parties and Certificate of Service is attached: Yes __X__ No _____

                                          Respectfully Submitted,

                                          */s/ Tara L. Gerber*
                                          Tara L. Gerber (31717-49)
                                          Assistant Corporation Counsel
                                          OFFICE OF CORPORATION COUNSEL
                                          200 East Washington Street, Suite 1601
                                          Indianapolis, Indiana 46204
                                          Telephone: (317) 327-4055
                                          Email: tara.gerber@indy.gov

## CERTIFICATE OF SERVICE

I hereby certify that on July 11, 2018 a copy of the foregoing E-FILING APPEARANCE

BY ATTORNEYS IN CIVIL CASE was filed electronically. Service of this filing will be made

on the below Registered Users via the Indiana E-Filing System.

Harvey Lancaster
HENSLEY LEGAL GROUP, P.C.
117 East Washington Street, Suite 200
Indianapolis, Indiana 46204

/s/ Tara L. Gerber
Tara L. Gerber (31717-49)
Assistant Corporation Counsel

OFFICE OF CORPORATION COUNSEL
200 East Washington Street, Suite 1601
Indianapolis, Indiana 46204
Telephone: (317) 327-4055

3