UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| GLENNA TAYLOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 1:18-cv-02114-TAB-JRS |
| | ) | |
| MARION COUNTY SHERIFF'S OFFICE, | ) | |
| CONSOLIDATED CITY OF | ) | |
| INDIANAPOLIS/MARION COUNTY, | ) | |
| DEPUTY LONG (MCSO #633), | ) | |
| SGT. CLARK (MCSO #209), | ) | |
| DEPUTY SHAMBAUGH (MCSO), | ) | |
| and DEPUTY EDWARDS (MCSO #1363), | ) | |
| | | |
| Defendants. | | |

**ORDER GRANTING DEFENDANTS' REQUEST TO QUASH
RULE 30(b)(6) DEPOSITION NOTICE**

The parties appeared at a telephonic status conference on August 2, 2019, to address Defendants' request to quash Plaintiff's Rule 30(b)(6) deposition notice served on Defendants on July 31, 2019, regarding a deposition scheduled for August 14, 2019. All parties had an opportunity to be heard. As set forth below and more fully discussed during the conference, the Court granted Defendants' request to quash the deposition notice.

As the Court explained, Plaintiff's deposition notice is extremely comprehensive. The Court finds the notice to be, among other things: duplicative, substantially overbroad, and unduly prejudicial and burdensome to Defendants. The deposition notice contains 29 enumerated topics and lacks reasonable particularity. Plaintiff has already deposed the four named Defendants in this matter, as well as and three individuals previously identified by Defendants as maintaining video evidence at issue in this case. Moreover, Defendants have responded to interrogatories and previous requests for production. Many of the topics in Plaintiff's Rule 30(b)(6) deposition

notice appear duplicative of testimony already received and documents Defendants have already produced. Accordingly, Defendants' request to quash Plaintiff's Rule 30(b)(6) deposition notice is granted. This ruling is without prejudice to Plaintiff's ability to serve a narrower and more focused Rule 30(b)(6) deposition notice.

Accordingly, the Court grants Defendants request to quash Plaintiff's Rule 30(b)(6) deposition notice without prejudice.

SO ORDERED.

Date: 8/5/2019

Tim A. Baker
United States Magistrate Judge
Southern District of Indiana

Distribution:

Tara Lynn Gerber
City of Indianapolis
tara.gerber@indy.gov

Anne Celeste Harrigan
OFFICE OF CORPORATION COUNSEL
anne.harrigan@indy.gov

Harvey Lee Lancaster, Jr.
HENSLEY LEGAL GROUP, PC
hlancaster@hensleylegal.com

Anthony W. Overholt
FROST BROWN TODD LLC (Indianapolis)
aoverholt@fbtlaw.com

Andrew Scheil
OFFICE OF CORPORATION COUNSEL
Andrew.Scheil@indy.gov